**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7235**

———————

JOE LEE FULGHAM,

                                    Plaintiff - Appellant,

           versus

JASON DELK, Suffolk Virginia Circuit Court
Judge; VIRGINIA STATE POLICE SEXUAL OFFENDER
REGISTER, Virginia State Police Department,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-05-414)

———————

Submitted:  November 17, 2005        Decided:  November 29, 2005

———————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joe Lee Fulgham, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joe Lee Fulgham appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fulgham v. Delk, No. CA-05-414 (E.D. Va. July 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED